| | |
|---|---|
| 1 | TROUTMAN SANDERS LLP |
| 2 | Ronald I. Raether, Jr., Bar No. 303118 |
|   | ron.raether@troutman.com |
| 3 | 5 Park Plaza, Suite 1400 |
|   | Irvine, CA 92614-2545 |
| 4 | Telephone: 949.622.2700 |
|   | Facsimile:  949.622.2739 |

Attorney for Defendant
CoreLogic Credco, LLC

KELLY & CRANDALL, PLC
Kristi C. Kelly
kkelly@kellyandcrandall.com
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703.424.7572
Facsimile:  703.591.0167

Attorney for Plaintiff
Shakeena King

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAKEENA KING,** | Case No.  3:18-cv-01262-JM-NLS |
| **Plaintiff,** | |
| v. | **NOTICE OF SETTLEMENT** |
| **CORELOGIC CREDCO, LLC,** | |
| **Defendant.** | |

Defendant, CoreLogic Credco, LLC ("Defendant"), and Plaintiff, Shakeena King ("Plaintiff") (collectively, the "Parties"), hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing dismissal papers.  The Parties request that the Court retain jurisdiction for any matters related to completing or enforcing the settlement.  The Parties anticipate filing a Joint Motion for Dismissal of this action, with prejudice, within 60 days.  The Parties request that all pending

NOTICE OF SETTLEMENT                                  CASE NO. 3:18-CV-01262-JM-NLS

35807109v1

1  dates and filing requirements be vacated and that the Court set a deadline on or after
2  September 22, 2018 for filing a joint dismissal.

Dated:       July 23, 2018

| KELLY & CRANDALL, PLC | TROUTMAN SANDERS LLP |
|---|---|
| By: /s/   Kristi C. Kelly     _<br>        Kristi C. Kelly | By:/s/   Ronald I. Raether, Jr.<br>        Ronald I. Raether, Jr. |
| Attorney for Plaintiff<br>Shakeena King | Attorney for Defendant<br>CoreLogic Credco, LLC |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

NOTICE OF SETTLEMENT            - 2 -      CASE NO. 3:18-CV-01262-JM-NLS

35807109v1

## ATTESTATION

Pursuant to Southern District of California Civil Local Rule 5.1, I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: /s/ Ronald I. Raether, Jr.
Ronald I. Raether, Jr.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

NOTICE OF SETTLEMENT - 3 - CASE NO. 3:18-CV-01262-JM-NLS

35807109v1