TROUTMAN SANDERS LLP
Ronald I. Raether, Jr., Bar No. 303118
ron.raether@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorney for Defendant
CoreLogic Credco, LLC

CONSUMER LITIGATION ASSOCIATES, P.C.
Craig C. Marchiando, SBN 283829
craig@clalegal.com
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

KELLY & CRANDALL, PLC
Kristi C. Kelly
kkelly@kellyandcrandall.com
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703.424.7572
Facsimile: 703.591.0167

Attorney for Plaintiff
Shakeena King

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAKEENA KING,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**CORELOGIC CREDCO, LLC,**<br><br>     **Defendant.** | **Case No. 3:18-cv-01262-JM-NLS**<br><br>**ORDER GRANTING JOINT STIPULATION/MOTION FOR DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

ORDER GRANTING JOINT
STIPULATION/MOTION FOR
DISMISSAL WITH PREJUDICE

CASE NO. 3:18-CV-01262-JM-NLS

      Pending before the Court is a Joint Stipulation/Motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the Joint Stipulation/Motion and **DISMISSES** the case with prejudice with each party bearing their own costs and attorney's fees.

Dated: August 31, 2018

_____
Jeffrey T. Miller
United States District Judge